## Loyd BOSWELL v. STATE.
### No. 17354.

Court of Criminal Appeals of Texas.
Nov. 21, 1934.

T. B. Sisco, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

We find with the record an affidavit made by appellant, in proper form, asking that this appeal be abated. The request is granted.

The appeal is dismissed.

## Loyd BOSWELL v. STATE.
### No. 17355.

Court of Criminal Appeals of Texas.
Nov. 21, 1934.

T. B. Sisco, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Aust'n, for the State.

MORROW, Presiding Judge.

The conviction is for driving an automobile while intoxicated; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Dee CAIN v. STATE.
### No. 17057.

Court of Criminal Appeals of Texas.
Dec. 12, 1934

John T. Hutchison, of Paris, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for unlawfully selling spirituous liquor capable of producing intoxication; punishment being assessed at one year in the penitentiary.

Appellant has filed his affidavit with this court advising that he does not further desire to prosecute his appeal, and at his request the appeal is dismissed.

## John CARR v. STATE.
### No. 17386.

Court of Criminal Appeals of Texas.
Dec. 19, 1934.

E. A. Bills, of Littlefield, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.